# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIELE EDWARD TASCHNER,**

      **Plaintiff,**

**v.**                                                      **Case No:   6:14-cv-1622-Orl-22DAB**

**FREEMAN DECORATING SERVICES,**

      **Defendant.**

## ORDER

This cause is before the Court on the Application to Proceed In Forma Pauperis (Doc. No. 2) filed on October 6, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Complaint be DISMISSED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 8, 2014 (Doc. No. 3), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Application to Proceed In Forma Pauperis is hereby DENIED.

3. The Complaint is DISMISSED without prejudice.

4. Plaintiff is given leave to file an Amended Complaint and a renewed application to proceed in forma pauperis (or pay the filing fee) by November 12, 2014.  Failure to comply with this Order shall result in this matter being closed, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -